1  MICHELE BECKWITH
   Acting United States Attorney
2  BRITTANY M. GUNTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  | UNITED STATES OF AMERICA, | CASE NO: 1:25-MJ-00049-BAM |
12  | Plaintiff, | STIPULATION BETWEEN THE UNITED STATES AND DEFENDANT REGARDING PRODUCTION |
13  | v. | OF PROTECTED INFORMATION; PROTECTIVE ORDER |
14  | JESUS ROMERO-VENCES, | |
15  | Defendant. | |

16

17

18      WHEREAS, the discovery in this case contains private personal information regarding third

19  parties, including but not limited to their names, ages, and/or physical descriptions ("Protected

20  Information"); and

21      WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the

22  unauthorized disclosure or dissemination of this information to anyone not a party to the court

23  proceedings in this matter;

24      The parties agree that entry of a stipulated protective order is therefore appropriate.

25      THEREFORE, defendant JESUS ROMERO-VENCES, by and through his counsel of record,

26  Reed Grantham ("Defense Counsel"), and the United States of America, by and through Assistant

27  United States Attorney Brittany M. Gunter, hereby agree and stipulate as follows:

28                                  1

1.    This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, as well as its general supervisory authority.

2.    This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.    By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents or other information that contain Protected Information with anyone other than Defense Counsel's attorneys, designated defense investigators, designated defense experts, and support staff. Defense Counsel may permit the defendant to view unredacted documents or other information in the presence of his attorneys, defense investigators, and/or support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the defendant with copies of documents or other information, if any, from which Protected Information has first been redacted.

4.    The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or alternatively keep it archived within its sole possession at the conclusion of the case.

5.    Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.    Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.    In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to return the discovery to the government, or, at the request of government counsel, to forward it to new

///

///

2

1  counsel after new counsel has confirmed to government counsel in writing his or her agreement to the

2  terms of this Order.

3

4  IT IS SO STIPULATED.

5

   Dated: May 12, 2025                    By:    /s/ REED GRANTHAM
6                                                 REED GRANTHAM
                                                  Attorney for Defendant
7

8

9
   Dated: May 12, 2025                           MICHELE BECKWITH
10                                                Acting United States Attorney

11
                                          By:    /s/ BRITTANY M. GUNTER
12                                               BRITTANY M. GUNTER
                                                 Assistant U.S. Attorney
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ROMERO-VENCES,<br><br>Defendant. | CASE NO.   1:25-MJ-00049-BAM<br><br>PROTECTIVE ORDER |

For good cause shown, the stipulation between counsel dated May 12, 2025, in Case No. 1:25-CR-00049-BAM, regarding discovery and treatment of Protected Information is approved.

IT IS SO ORDERED.

Dated:   **May 13, 2025**                          /s/ _Erica P. Grosjean_
                                                    UNITED STATES MAGISTRATE JUDGE

4